IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00283-WYD-CBS

DENNIS J. LEINGANG,

     Plaintiff,

v.

CAVALRY PORTFOLIO SERVICES, LLC,

     Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss With Prejudice filed March 12, 2015.  After a careful review of the motion and the file, it is

ORDERED that the Stipulated Motion to Dismiss With Prejudice (ECF No. 15) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney fees.

Dated:  March 16, 2015

                                                     BY THE COURT:

                                                     s/ Wiley Y. Daniel
                                                     Wiley Y. Daniel
                                                     Senior United States District Judge